In the Matter of the Application for Discovery and Delivery of Property Withheld by CHARLES H. VAN BUREN and Others from the Estate of SARA DADE BYLES COMFORT, Deceased. JESSIE F. COMFORT and Others, as Executors, etc.,

---

* Motion to dismiss appeal denied, 261 N. Y. 713.    † Affd., 262 N. Y. 136.

of SARA DADE BYLES COMFORT, Deceased, Appellants; CHARLES H. VAN BUREN and C. H. VAN BUREN & Co., Respondents.* — Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs against appellants, executors, payable out of the estate. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.